UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA GROTTANO, N.D., and A.R., *individually and on behalf of all others similarly situation,*

                Plaintiffs,

-against-

THE CITY OF NEW YORK; THE CITY OF NEW YORK DEPARTMENT OF CORRECTION COMMISSIONER JOSEPH PONTE; CORRECTION OFFICER YOLANDA CAPERS; CORRECTION OFFICER "JANE" MAYWEATHER; and JOHN AND JANE DOE CORRECTION OFFICERS 1-25,

                Defendants.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/16

ADMINISTRATIVE ORDER

15 Civ. 9242 (RMB) (KNF)

During the February 17, 2016 status conference, the Court granted leave for Plaintiffs to file a Second Amended Complaint. (See Minute Entry, dated Feb, 17, 2016 "Plaintiff may amend complaint and add additional plaintiff.") The Court respectfully requests that Plaintiff's Second Amended Complaint [#40], dated February 24, 2016, be filed on ECF as timely and compliant.

Dated: New York, New York
       February 26, 2016

                                            */s/ Richard M. Berman*
                                            RICHARD M. BERMAN, U.S.D.J.