UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DANA GROTTANO;
N.D.; A.R.; and D.M.,
*individually and on behalf of all*
*others similarly situated,*

                        Plaintiffs,

       -against-                       15 Civ. 9242 (RMB)(KNF)

THE CITY OF NEW YORK;
THE CITY OF NEW YORK
DEPARTMENT OF
CORRECTION COMMISSIONER
JOSEPH PONTE;
CORRECTION OFFICER
YOLANDA CAPERS;
CORRECTION OFFICER "JANE"
MAYWEATHER; CORRECTION OFFICER
"JANE" GRAHAM; and JOHN AND JANE DOE
CORRECTION OFFICERS 1-25,

                        Defendants.
-------------------------------------------------------x

## STIPULATION

      **WHEREAS,** on February 25, 2016, Plaintiffs filed their Second Amended Complaint against, *inter alia*, Defendants "Jane" Mayweather and "Jane" Graham;

      **WHEREAS,** Plaintiffs have since learned "Jane" Mayweather's identify, which is Erica Mayweather;

      **WHEREAS,** Plaintiffs have since learned "Jane" Graham's identity, which is Thomasena Graham;

      **IT IS STIPULATED** between Plaintiffs and the City of New York, the City of New York Department of Correction Commissioner Joseph Ponte, and Yolanda Capers that Plaintiffs

may serve and file their proposed Third Amended Complaint stating the identities of Defendant Mayweather and Defendant Graham, annexed to this stipulation as Exhibit A.

This stipulation may be signed with electronic/facsimile/scanned signatures, which signatures shall be treated as original signatures.

Dated: New York, New York
April 12, 2016

**GISKAN SOLOTAROFF & ANDERSON LLP**
11 Broadway, Suite 2150
New York, New York 10004
(646) 336-4904


By:  /s/Raymond Audain
Raymond Audain, Esq.
Oren Giskan, Esq.

*Attorneys for Plaintiffs*

**BERANBAUM MENKEN LLP**
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 509-1616


By:  /s/Bruce E. Menken
Bruce E. Menken Esq.
Scott Simpson, Esq.

*Attorneys for Plaintiffs*

**KOEHLER & ISAACS LLP**
61 Broadway, 25th Floor
New York, NY 10006
(917) 551-1300

By:  /s/Julie A. Ortiz
Julie A. Ortiz, Esq.

*Attorneys for Defendant Yolanda Capers*

Zachary W. Carter
**CORPORATION COUNSEL OF THE CITY OF NEW YORK**
100 Church Street
New York, New York 10007
(212) 356-2641


By:   /s/Michael K. Gertzer
       Arthur G. Larkin, Esq.
       Michael K. Gertzer, Esq.

*Attorneys for Defendants The City of New York and*
*The City of New York Department of Correction*
*Commissioner Joseph Ponte*


SO ORDERED:

_____
HON. RICHARD M. BERMAN, U.S.D.J.