UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

A.R.., *individually and on behalf of all others similarly situated,*

                     Plaintiff                          NOTICE OF APPEARANCE

              - against -                           15 CV 9242 (RMB)

THE CITY OF NEW YORK;
CITY OF NEW YORK DEPARTMENT OF
CORRECTION COMMISSIONER JOSEPH PONTE;
CORRECTION OFFICER MAYWEATHER; and
JOHN AND JANE DOE CORRECTION OFFICERS 1-25,

                    Defendants.

------------------------------------------X

TO THE CLERK OF THE COURT:

      PLEASE BE ADVISED, that the Defendant ERICA MAYWEATHER s/h/a Correction Officer Mayweather appears in the above-captioned action by and through her attorneys, Frankie & Gentile, P.C., 1527 Franklin Avenue, Suite 104, Mineola, N.Y., 11501. I declare pursuant to 28 U.S.C. §1746 that I am admitted to practice before this Court.

Dated: Mineola, New York
         May 18, 2016

                                                     Frankie & Gentile, P.C.
                                                     1527 Franklin Avenue, Suite 104
                                                     Mineola, New York 11501
                                                     (516) 742-6590
                                                     Fax (516) 742-6875
                                                     Email: FRANGENT1565@aol.com

                                                     By: _____
                                                         James G. Frankie