UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANA GROTTANO, N.D., A.R. and D.M.                          15 CV 9242 (RMB)(KNF)
*Individually and on behalf of all others similarly
situated,*

                                 Plaintiff,          **Deft. Graham's Answer to
the Third Amended Complaint
With Cross-Claims**

           -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.
-----------------------------------------------------------------X

        Defendant **C.O. THOMASENA GRAHAM** (ōDefendantö) by her attorneys, **KOEHLER & ISAACS LLP,** as and for an Answer with Cross-Claims to the Third Amended Complaint sets forth, upon information and belief, as follows:

## AS AND FOR A RESPONSE TO THE INTRODUCTION

        1.       Defendant denies the legal conclusion set forth in paragraph "1" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

        2.       Defendant denies the legal conclusions set forth in paragraph ō2ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

        3.       Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph ō3ö of the Third Amended Complaint and refers al questions of law to this Honorable Court.

        4.       Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph ō4ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

1

5.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "5" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

6.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "6" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

7.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "7" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

8.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "8" of the Third Amended Complaint as it relates to plaintiff Grottano's actions, denies engaging in wrongdoing as it relates to the search and refers all questions of law to this Honorable Court.

9.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "9" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

10.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "10" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

11.     Defendant denies the legal conclusions set forth in paragraph "11" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

12.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "12" of the Third Amended Complaint and refers all questions

of law to this Honorable Court.

13.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ13ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

14.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ14ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

15.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ15ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

16.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ16ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

17.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ17ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

18.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ18ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

19.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ19ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

20.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ20ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

21.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ21ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

22.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph õ22ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

23.     The allegations set forth in paragraph õ23ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

24.     The allegations set forth in paragraph õ24ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

## RESPONSE TO JURISDICTION AND VENUE

25.     The allegations contained in paragraph õ25ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

26.     The allegations contained in paragraph õ26ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

27.     The allegations contained in paragraph õ27ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

## AS AND FOR A RESPONSE TO PARTIES

28.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ28ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

29.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ29ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

30.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ30ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

31.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ31ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

32.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ32ö of the Third Amended Complaint, refers all questions of law to this Honorable Court but admits the Defendant City is a municipality.

33.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ33ö of the Third Amended Complaint, refers all questions of law to this Honorable Court but admits Defendant Ponte is the DOC Commissioner.

34.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ34ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

35.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "35" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

36.     Defendant denies in the form alleged the allegations contained in paragraph "36" of the Third Amended Complaint, refers all questions of law to this Honorable Court but admits she worked as a correction officer at all times relevant to the Third Amended Complaint.

37.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ37ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO CLASS ALLEGATIONS

38.     The allegations contained in paragraph õ38ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

39.     The allegations contained in paragraph õ39ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

40.     The allegations contained in paragraph õ40ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

41.     The allegations contained in paragraph õ41ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

42.     The allegations contained in paragraph õ42ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

43.     Defendant denies the legal conclusion set forth in paragraph õ43ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

44.     The allegations contained in paragraph "44" of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

45.     The allegations contained in paragraph "45" of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

## AS AND FOR A RESPONSE TO FACTS

46.     The allegations contained in paragraph "46" of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

47.     Defendant denies the legal conclusion contained in paragraph "47" of the Third Amended Complaint and refers any questions of law to this Honorable Court.

48.     Defendant denies the legal conclusion contained in paragraph "48" of the Third Amended Complaint and refers any questions of law to this Honorable.

49.     Defendant denies the legal conclusion contained in paragraph "49" of the Third Amended Complaint and refers any questions of law to this Honorable Court.

50.     Defendant denies the legal conclusion set forth in paragraph "50" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

51.     Defendant denies the legal conclusion set forth in paragraph "51" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

**Response to Plaintiff Grottano's Experience**

52.     Defendant denies the legal conclusion contained in paragraph "52" of the Third Amended Complaint and refers all questions of law to this Honorable Court.

53.     The allegations contained in paragraph "53" of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

54.     The allegations contained in paragraph õ54ö of the Third Amended Complaint do not require a response from the Defendant and all questions of law are referred to this Honorable Court.

55.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ55ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

56.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ56ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

57.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ57ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

58.     Defendant denies the allegations contained in paragraph contained in paragraph õ58ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

59.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ59ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

60.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ60ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

61.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ61ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

62.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö62ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

63.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö63ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

64.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö64ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

65.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö65ö of the Third Amended Complaint and refers all questions law to this Honorable Court.

66.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö66ö of the Third Amended Complaint and refers all questions law to this Honorable Court.

67.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö67ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

68.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö68ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

69.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö69ö of the Third Amended Complaint and refers all

questions of law to this Honorable Court.

70. Defendant denies the legal conclusion set forth in paragraph õ70ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

71. Defendant denies the legal conclusion set forth in paragraph õ71ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

**Response to N.D.'s Experience**

72. Defendant denies the legal conclusion contained in paragraph õ72ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

73. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ73ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

74. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ74ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

75. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ75ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

76. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ76ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

77. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ77ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

10

78.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö78ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

79.     Defendant denies the legal conclusion contained in paragraph ö79ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

**Response to A.R.'s Experience**

80.     Defendant denies the legal conclusion contained in paragraph ö80ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

81.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö81ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

82.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö82ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

83.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö83ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

84.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö84ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

85.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö85ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

86.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö86ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

87.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö87ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

88.     The allegations set forth in paragraph ö88ö of the Third Amended Complaint do not require a response from the Defendant.

89.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö89ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

90.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö90ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

91.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö91ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

92.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö92ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

93.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ö93ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

94.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ94ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

95.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ95ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

96.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ96ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

97.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ97ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

98.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ98ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

99.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ99ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

100.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ100ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

101.    Defendant denies the legal conclusion contained in paragraph õ101ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

**Response to D.M.'s Experience**

102.   Defendant denies the legal conclusion contained in paragraph õ102ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

103.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ103ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

104.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ104ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

105.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ105ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

106.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ106ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

107.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ107ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

108.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph õ108ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

109.   Defendant denies the allegations contained in paragraph õ109ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

110.    Defendant denies the allegations contained in paragraph õ110ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

111.    Defendant denies the allegations contained in paragraph õ111ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

112.    Defendant denies the allegations contained in paragraph õ112ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

113.    Defendant denies the allegations contained in paragraph õ113ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

114.    Defendant denies the allegations contained in paragraph õ114ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

115.    Defendant denies the allegations contained in paragraph õ115ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

116.    Defendant denies the legal conclusions contained in paragraph õ116ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

117.    Defendant denies the legal conclusion contained in paragraph õ117ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO FIRST CAUSE OF ACTION
### (Section 1983- Fourth & Fourteenth Violations)

118.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ117ö above with the same force and effect as if fully set forth herein.

119.    Defendant denies the allegations contained in paragraph õ119ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

120.    Defendant denies the allegations contained in paragraph õ120ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

121.    Defendant denies the allegations contained in paragraph õ121ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

122.    Defendant denies the allegations contained in paragraph õ122ö of the Third Amended Complaint and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO SECOND CAUSE OF ACTION
### (NYS Constitution)

123.    Defendant repeats, reiterates and re-alleges the responses to the allegations set forth in paragraphs õ1ö through õ122ö above with the same force and effect as if fully set forth herein.

124.    Defendant denies the allegations contained in paragraph õ124ö and refers all questions of law to this Honorable Court.

125.    Defendant denies the allegations contained in paragraph õ125ö and refers all questions of law to this Honorable Court.

## AS AND FOR A RESPONSE TO IRREPARABLE HARM

126.    Defendant denies the legal conclusion contained in paragraph õ126ö and refers all questions of law to this Honorable Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Third Amended Complaint fails to state a cause of action upon which relief may be granted against the Defendant.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The Defendant has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to punitive damages under the circumstances of this action.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Defendant is entitled to any setoff applicable under the circumstances of this action.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Defendant is entitled to immunity as she, at all times relevant to the Third Amended Complaint, reasonably, properly and lawfully exercised her discretion as a public employee.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiffs failed to satisfy mandatory conditions precedent to the instant action including but without limitation, those established under Sections 50-e, 50-h and 50-i of the New York General Municipal Law.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend and/or supplement these affirmative defenses during the course of this litigation.

17

## FIRST CROSS-CLAIM AGAINST
## <u>DEFENDANT CITY OF NEW YORK</u>

127.    At all times relevant in this action, all of the actions of the Defendant were performed as part of her duties and within the scope of her employment and the rules and regulations as a Correction Officer for the New York City Department of Correction.

128.    Any damages sustained by the plaintiffs at the time or place mentioned in the Third Amended Complaint are embraced within the indemnification clause of Section 50-k of the New York State General Municipal Law.

129.    Section 50-k(3) of the New York State General Municipal Law states:

**The city shall indemnify and save harmless its employees in the amount of any judgment obtained against such employees in any state or federal court, or in the amount of any settlement of a claim approved by the corporation counsel and the comptroller, provided that the act or omission from which such judgment or settlement arose occurred while the employee was acting within the scope of his public employment and in the discharge of his duties and was not in violation of any rule or regulation of his agency at the time the alleged damages were sustained; the duty to indemnify and save harmless prescribed by this subdivision shall not arise where the injury or damage resulted from intentional wrongdoing or recklessness on the part of the employee**

130.    Pursuant to 50-k(3), if it is shown that the Defendant is in any way liable to the plaintiffs based upon on the allegations in the Third Amended Complaint, the Defendant is entitled to recover from the City of New York the full amount of any judgment which might be rendered against the Defendant.

## SECOND CROSS-CLAIM AGAINST
## <u>DEFENDANT CITY OF NEW YORK</u>

131.   Defendant repeats, reiterates and re-alleges the allegations set forth in paragraphs õ127ö through õ130ö with the same force and effect as if fully set forth herein.

132.   Defendant has denied the material allegations asserted against her in the underlying action and has asserted affirmative defenses.

133.   If the plaintiffs sustained injuries and damages as alleged in the Third Amended Complaint, such injuries and damages were sustained by reason of negligence by the Defendant City of New York, its agents, servants and/or employees.

134.   Therefore, if the injuries and damages alleged in the Third Amended Complaint were caused as a result of negligence or wrongdoing other than by the plaintiffsø own culpable conduct, then such damage is a result of the knowing, reckless and/or grossly negligent acts and omissions of the Defendant City of New York and its supervisory officials.

135.   Consequently, if it is shown that the Defendant is in any way liable to the plaintiffs based upon the allegations in the Third Amended Complaint, Defendant is entitled to recover from the City of New York the full amount of any judgment that might be rendered against the Defendant.

**WHEREFORE**, Defendant **C.O. THOMASENA GRAHAM** demands:

(a)  Judgment dismissing the Third Amended Complaint in its entirety;

(b)  Judgment on each of her cross-claims against the Defendant City of New York for the amount of any judgment that may be obtained herein by the plaintiffs against the Defendant, or in an amount equal to the excess over and above his equitable share of any such judgment and

(c)  Together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      May 24, 2016

                              Respectfully Submitted,

                              **KOEHLER & ISAACS LLP**

                              ___/s/ *Julie A. Ortiz*_____
                              Julie A. Ortiz (JR-1817)
                              *Attorneys for Defendant: Graham*
                              61 Broadway, 25th Floor
                              New York, New York 10006
                              (917) 551-1300


To:    *Via ECF & Regular Mail*
       Giskan Solotaroff Anderson & Stewart LLP
       *Attorneys for Plaintiff*
       11 Broadway
       New York, New York 10004
       Attn: Raymond Audain, Esq.
       (212) 847-8315

       *Via ECF & Regular Mail*
       New York City Law Department
       *Attorneys for Defts: City of NY & Ponte*
       100 Church Street
       New York, New York 10007
       (212) 356-2654
       Attn: Michael Gertzer, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 24, 2016 I have served a copy of **Defendant Graham's Answer with**

**Cross-Claims to the Third Amended Complaint** upon all counsel as follows:

> ***Via ECF & Regular Mail***
> Giskan Solotaroff Anderson & Stewart LLP
> *Attorneys for Plaintiff*
> 11 Broadway
> New York, New York 10004
> Attn: Raymond Audain, Esq.
> (212) 847-8315
>
> ***Via ECF & Regular Mail***
> New York City Law Department
> *Attorneys for Defts: City of NY & Ponte*
> 100 Church Street
> New York, New York 10007
> (212) 356-2654
> Attn: Michael Gertzer, Esq.

Dated: New York, New York
         May 24, 2016

                    ___/s/ *Julie A. Ortiz*_____
                    Julie A. Ortiz (JR-1817)