# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

June 7, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/16

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>A.R., et al. v. City of New York, et al., 15 Civ. 9242 (RMB)(KNF)</u>

Dear Judge Berman:

We are co-counsel to Plaintiffs in the above referenced class action. We write on behalf of all Parties to respectfully request an adjournment of the June 13, 2016, settlement conference, as the Parties are not yet in a position to engage in meaningful settlement discussions.

When the Parties last met with Your Honor, on May 16, 2016, all of the Defendants were served but two had yet to file their answers, so Your Honor tabled any discussion of Plaintiffs' discovery issues with the City until all of the Defendants appeared in the case. Please be advised that all Defendants have now appeared in the case. Although Plaintiffs have sought to resolve the discovery issues informally, Plaintiffs anticipate that some motion practice may be necessary. Pursuant to the Court's January 2016 case management plan, Plaintiffs will address any application to Judge Fox.

Respectfully submitted,

/s/Raymond Audain
Raymond Audain

Cc: all counsel of record (via ECF)

*Request granted.*

*Conference adjourned until 7/5/16 @ 11:00*

SO ORDERED:
Date: 6/10/16

Richard M. Berman, U.S.D.J.

11 Broadway, Suite 2150 | New York, NY 10004 | Tel (212) 847-8315 | www.gslawny.com