UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANA GROTTANO, et al.,

                Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
15 CV 9242 (RMB) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the telephone conference scheduled previously in the above-captioned action for November 22, 2016, shall be held on December 6, 2016, at 10:30 a.m.

Counsel to defendants City of New York and Joseph Ponte shall initiate the call to (212) 805-6705.

Dated: New York, New York
       November 21, 2016

SO ORDERED:

/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE