UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANA GROTTANO;
N.D.; A.R.; and D.M.,
*individually and on behalf of all
others similarly situated*,

                              Plaintiffs,              15 Civ. 9242 (RMB)(KNF)

    -against-

THE CITY OF NEW YORK;
CITY OF NEW YORK DEPARTMENT OF
CORRECTION AND COMMISSIONER
JOSEPH PONTE;
CORRECTION OFFICER YOLANDA CAPERS;
CAPTAIN ERICA MAYWEATHER;
CORRECTION OFFICER THOMASENA GRAHAM;
and  JOHN AND JANE DOE
CORRECTION OFFICERS 1-25,
                              Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Raymond Audain in Support of Plaintiffs' Motion to Compel Discovery, the accompanying memorandum of law, and the prior proceedings herein, the undersigned, on behalf of Plaintiffs, will move this Court, in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules of this Court, and the Court's December 6, 2016 Order (ECF. Doc. No. 133) at the United States Courthouse, 40 Foley Square, New York, New York, 10007, for an Order pursuant to Rule 37, Fed. R. Civ. P., to compel Defendants City of New York and Department of Correction Commissioner Joseph Ponte, to produce certain documents listed in their privilege logs, which were served on Plaintiffs on October 14, 2016, and granting such other relief as is just and proper.

    Dated: New York, New York
           December 9, 2016

NAACP Legal Defense and Educational Fund, Inc.

BY: /s/ Raymond Audain
Raymond Audain

SHERRILYN IFILL
Director-Counsel
JANAI NELSON
CHRISTINA SWARNS
COTY MONTAG
RAYMOND AUDAIN
MARNE LENNOX
NAACP Legal Defense &
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
(212) 965-2200

OREN GISKAN
ALIAKSANDRA RAMANENKA
GISKAN SOLOTAROFF & ANDERSON LLP
217 Centre Street, 6th Floor
New York, NY 100013
Telephone: (212) 847-8315

BRUCE E. MENKEN
SCOTT SIMPSON
BERANBAUM MENKEN LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 509-1616

*Attorneys for Plaintiffs*

TO:   Michael K. Gertzer
      Arthur Larkin
      New York City Law Department
      Special Federal Litigation Division
      100 Church Street, Room 3-131
      New York, NY 10007
      (212) 356-2654
      *Attorneys for Defendants City of New York
      and Commissioner Joseph Ponte*

Cynthia Devasia
Julie Pearlman Schatz
Koehler & Isaacs, LLP
61 Broadway
New York, NY 10006
(917) 551-1300
*Attorneys for Defendants Yolanda Capers
and Thomasena Graham*

James G. Frankie
Frankie & Gentile, P.C.
1527 Franklin ave. Ste. 104
Mineola, NY 11501
(516) 742-6590
*Attorneys for Defendant Erica Mayweather*