

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL K. GERTZER
Senior Counsel
E-mail: mgertzer@law.nyc.gov
Phone: (212) 356-2654
Fax: (212) 356-3509

December 28, 2016

**BY ECF**
The Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>Dana Grottano, et al.  v. City of New York, et al.</u>,
                  15 Civ. 9242 (RMB)(KNF)

Your Honor:

      Defendants City of New York and Joseph Ponte write to respectfully request a brief enlargement of their time to file an opposition to plaintiff's motion to compel from December 30, 2016 to January 6, 2017.  This is the second request for the relief sought. Plaintiffs consent to the proposed enlargement, and plaintiffs' time to reply would thus also be extended to January 20, 2017.

      The reason for the proposed enlargement is that the representative from DOI who will execute a declaration setting forth why the DOI investigation file should remain privileged is out of the office this week and will return next week.

      As noted in our letter of December 14, 2016, the parties are next scheduled to appear for a status conference before Judge Berman on March 6, 2017.  Thus, the proposed extensions would have no effect upon the existing discovery schedule.

Thank you for your consideration herein.

        Respectfully submitted,

        /s

        Michael K. Gertzer
        Senior Counsel

cc:   Via ECF

Raymond Audain, Esq.
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006-1738

Oren Giskan, Esq.
Aliaksandra Ramamnenka, Esq.
Giskan Solotaroff & Anderson LLP
11 Broadway, Suite 2150
New York, NY 10004

Bruce Menken, Esq.
Beranbaum Menken LLP
80 Pine Street, 33rd Floor
New York, NY 10005

Julie Ortiz, Esq.
Koehler & Isaacs LLP
61 Broadway, 25th Floor
New York, New York 10006

James G. Frankie, Esq.
Frankie & Gentile, P.C.
1527 Franklin Avenue, Suite 104
Mineola, NY 11501