```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANA GROTTANO, N.D., A.R. and D.M.,           :
individually and on behalf of all others similarly
situated,
                    Plaintiffs                :

            -against-                         :       ORDER

THE CITY OF NEW YORK, THE CITY OF             :       15-CV-9242 (RMB) (KNF)
NEW YORK DEPARTMENT OF CORRECTION
COMMISSIONER JOSEPH PONTE,                    :
CORRECTION OFFICER YOLANDA CAPERS,
CAPTAIN ERICA MAYWEATHER,                     :
CORRECTION OFFICER THOMASENA
GRAHAM and JOHN and JANE DOE                  :
CORRECTION OFFICERS 1-25,
                                              :
                    Defendants.
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Before the Court is the plaintiffs' motion for preliminary approval of a class action settlement, Docket Entry No. 227. In support of the motion, the plaintiffs submitted their memorandum of law with exhibits, Docket Entry No. 228. In the memorandum of law, the plaintiffs make factual assertions, including with respect to the plaintiffs' service awards and class counsel's fees, without citation to any evidence. No affidavit was submitted in support of the plaintiffs' motion, as required by Local Civil Rule 7.1 (a)(3) of this court. The plaintiffs' exhibits, attached improperly to their memorandum of law, are not admissible evidence.

The plaintiffs' motion, Docket Entry No. 227, is denied as unsupported by evidence.

Dated: New York, New York
       October 7, 2019

                                                      SO ORDERED:

                                                      _____
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE