USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANA GROTTANO, N.D., A.R. and D.M.,
individually and on behalf of all others similarly
situated,

                    Plaintiffs,

          - against -

THE CITY OF NEW YORK, THE CITY OF
NEW YORK DEPARTMENT OF CORRECTION
COMMISSIONER JOSEPH PONTE,
CORRECTION OFFICER YOLANDA CAPERS,
CAPTAIN ERICA MAYWEATHER,
CORRECTION OFFICER THOMASENA
GRAHAM and JOHN and JANE DOE
CORRECTION OFFICERS 1–25,

                    Defendants.
------------------------------------------------------------x

15-CV-9242 (RMB)

**ORDER**

       A status conference will be held on Wednesday, October 30, 2019, at 9:00 a.m. to discuss the parties' motion for preliminary approval of the proposed class action settlement.

Dated: New York, New York
       October 23, 2019

                                        _____
                                        **RICHARD M. BERMAN**
                                             U.S.D.J.

1