UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M.,
individually and on behalf of all others similarly
situated,

                       Plaintiffs,

           - against -

THE CITY OF NEW YORK, THE CITY OF
NEW YORK DEPARTMENT OF CORRECTION
COMMISSIONER JOSEPH PONTE,
CORRECTION OFFICER YOLANDA CAPERS,
CAPTAIN ERICA MAYWEATHER,
CORRECTION OFFICER THOMASENA
GRAHAM and JOHN and JANE DOE
CORRECTION OFFICERS 1–25,

                       Defendants.
-----------------------------------------------------------------x

15-CV-9242 (RMB)

**ORDER**

The "fairness hearing" in this matter previously scheduled for Thursday, February 6, 2020 at 12:30 pm is postponed.

The new hearing date will be published as soon as it is available and will likely be in late May or June 2020.

Dated: New York, New York
       February 6, 2020

                                      **RICHARD M. BERMAN**
                                      U.S.D.J.