UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M.,
individually and on behalf of all others similarly
situated,

                       Plaintiffs,

                       - against -

THE CITY OF NEW YORK, THE CITY OF
NEW YORK DEPARTMENT OF CORRECTION
COMMISSIONER JOSEPH PONTE,
CORRECTION OFFICER YOLANDA CAPERS,
CAPTAIN ERICA MAYWEATHER,
CORRECTION OFFICER THOMASENA
GRAHAM and JOHN and JANE DOE
CORRECTION OFFICERS 1–25,

                       Defendants.
------------------------------------------------------------x

15-CV-9242 (RMB)

**ORDER**

The parties' April 10, 2020 joint request for an extension to submit "the supplemental forms and modified settlement agreement" by May 1, 2020 is granted. A status teleconference will be held on Thursday, May 14, 2020 at 10:00 a.m. Dial-in instructions are as follows:

Teleconference Number: 1-877-336-1829

Access Code: 6265989

Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Wednesday, May 13, 2020 noon, to obtain the security code needed to participate in the conference.

Dated: New York, New York
       April 13, 2020

                                                          _____
                                                          **RICHARD M. BERMAN**
                                                            **U.S.D.J.**