# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM∆
BRUCE E. MENKEN
JASON J. ROZGER∆                                                                    ∆ALSO ADMITTED NJ
SCOTT SIMPSON
BRENNA RABINOWITZ

**By ECF Only**

May 28, 2020

Honorable Richard M. Berman
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Grottano, et al., v. The City of New York, et al.,*

Dear Judge Berman:

      This firm, along with the NAACP Legal Defense Fund and Giskan Solotaroff & Anderson, LLP., represents the settlement class in the above matter. I write to advise the Court that the parties have agreed to participate in mediation in an effort to resolve the issues that remain in dispute.

      The parties have agreed to use the services of Harvard Law School Professor William Rubinstein to mediate. Professor Rubinstein, who has agreed to provide his services *pro bono* for eight hours if he is appointed by the Court, is the Bruce Bromley Professor of Law at Harvard Law School and regularly teaches classes in Civil Procedure, Complex Litigation and Class Action Litigation.[1] He has also been retained as an expert witness, hired to mediate cases and appointed by various federal courts as an expert witness. The parties respectfully ask Your Honor to appoint Professor Rubinstein to act as a mediator to help the parties reach a full, fair and final resolution of this case.

                                                        Respectfully yours,

                                                         S/<u>Bruce E. Menken</u>

---

[1] A more complete description of Professor Rubinstein's credentials and current work can be found at billrubinstein.com or on the Harvard Law School's website.

BEM:os
cc: All Counsel (By ECF Only)

> Application granted. Welcome, Professor Rubinstein.
>
> SO ORDERED:
> Date: 5/29/2020
>
> Richard M. Berman, U.S.D.J.