# HARVARD LAW SCHOOL

CAMBRIDGE • MASSACHUSETTS • 02138

**WILLIAM B. RUBENSTEIN**
*Bruce Bromley Professor of Law*

**BY ECF ONLY**                                            September 8, 2020

Hon. Richard M. Berman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Endorsed by the Court on consent of both parties. See Dck. # 293.
>
> SO ORDERED:
> Date: 9/15/2020    Richard M. Berman, U.S.D.J.

      Re:    *Grottano, et al., v. The City of New York, et al.*, Civil Action No. 1:15-cv-09242

Dear Judge Berman:

    By letter order dated May 28, 2020, your Honor appointed me to mediate disputes that have arisen in the claims administration process of the above-captioned matter. I met with the parties for more than eight hours of mediation, via Zoom, in two separate sessions this summer. I am pleased to report that the parties have been able to resolve their differences and have agreed to continue with the claims administration process.

    As the Court will remember, this is a class action settlement of a civil rights case concerning invasive searches of visitors at the City's jails. Because of the difficulty of identifying individual class members, claim forms were sent to a group larger than the class itself and the quantity of filed claims was significant. This raised concerns that the persons filing claims may not have fully understood the specific definition of "invasive search" that triggers relief. The parties concur that more information is needed to ensure the validity of each claim.

    The parties have accordingly agreed that the claims administrator will send a follow-up information form to all persons who filed timely claims, seeking more information about the specific facts of their invasive search. The parties have agreed on the text of that form; that claimants will be given 45 days to return it; that they will conduct a sample mailing prior to mailing to the whole group; and that the City will fund this follow-up process. Copies of the English and Spanish versions of the follow-up form are attached hereto as Exhibits A-B.

    As is standard in class action cases, the parties' settlement agreement had authorized the claims administrator to "review and assess the validity of information in the Claims Forms . . ." ¶68(5). To save costs and hence assist the parties in resolving their differences, I have volunteered that my law student research assistants and I will perform this function for the follow-up forms, in conjunction with the parties when necessary, on a *pro bono* basis.

    We welcome Your Honor's endorsement of this approach. If the Court has questions for me or the parties prior to so stamping this letter, we of course stand ready to respond.

Sincerely,

William B. Rubenstein

# Grottano, et al. v. City of New York, et al., 15 Civ. 9242 (RMB)(KNF)
## SUPPLEMENTAL INFORMATION FORM

You are receiving this mailing because you submitted a claim form seeking money from a class action settlement concerning invasive searches of visitors at New York City Department of Correction ("DOC") jails between November 23, 2012 and October 30, 2019.

This second/supplemental form <u>seeks more information</u> so that the validity of your claim can be fully evaluated by the court-authorized claims review process.

**TO RECEIVE MONEY FROM THIS SETTLEMENT, YOU <u>MUST</u> COMPLETE AND RETURN THIS SUPPLEMENTAL INFORMATION FORM**.

YOU <u>MUST</u> SUBMIT THIS SUPPLEMENTAL INFORMATION FORM BY [45 DAYS FROM MAILING], 2020.  IF YOUR FORM IS POSTMARKED AFTER [45 DAYS FROM MAILING], 2020, YOUR CLAIM WILL BE DENIED.

YOU <u>MUST</u> ALSO SIGN THE CERTIFICATION FORM ON THE LAST PAGE CONFIRMING THE TRUTH OF THE INFORMATION IN THIS SUPPLEMENTAL FORM.

BOTH FORMS CAN BE MAILED IN THE ENCLOSED RETURN ENVELOPE OR ANY OTHER ENVELOPE TO:

NYC DOC Visitor Search Settlement
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA  19102-9479

DOC received consent to "pat frisk" some visitors at the jails.  These frisks required DOC officials to pat or touch the visitors they were frisking.  In some cases, however, the search went beyond what was lawful for a frisk and became INVASIVE.  This class action settlement is meant to provide monetary compensation to those persons who were INVASIVELY searched.

The parties to the case have agreed that a frisk was INVASIVE if the frisk involved **too much <u>*exposure*</u>** or <u>*touching*</u> of a visitor's breasts, genitals, or buttocks.

You already returned a claim form because you believe you were INVASIVELY searched.  The following questions are meant to provide more information about your search so that a final determination can be made about the validity of your claim.  Please answer each of the following questions.  Please provide as much information and detail as you remember.  Your statement will remain confidential and will only be used to evaluate your claim.  <u>If you do not send this additional information, you will not receive money from the settlement fund</u>.

**Please type or write as neatly as possible.**  If your answers are not legible, insufficient or difficult to understand, you may be denied payment for this reason.

**For more information, call (866) 742-4955 or go to www.nycjailvisitsettlement.com**

# Grottano, et al. v. City of New York, et al., 15 Civ. 9242 (RMB)(KNF)
# SUPPLEMENTAL INFORMATION FORM

## Identifying Information

1. Name: _____

2. Date of Birth: __ __ / __ __ / __ __ __ __

3. Gender: _____

4. Telephone Number: (_____) __ __ __ - __ __ __ __

5. Email address (if you have one): _____

## Description of Your Search

Please answer the following questions to the best of your recollection. If you were invasively searched more than once, please describe the most invasive search you were subjected to.

6. Approximate date and time of the visit during which you were invasively searched:

   Date: __ __ / __ __ / __ __ __ __          Time: _____ a.m./p.m.

7. Name of the inmate you were visiting: _____ _____

8. Name of the facility you were visiting: _____

9. When you were searched, were your breasts, genitals, or buttocks **touched** or **exposed** (and not by accident)?

   a. Yes  ☐

   b. No  ☐

10. If you answered yes to Question 9, please explain how your breasts, genitals, or buttocks were **touched** or **exposed**. **You must provide this information to receive a payment from the settlement**.

    _____
    _____
    _____
    _____
    _____
    _____
    _____

**For more information, call (866) 742-4955 or go to www.nycjailvisitsettlement.com**

**Grottano, et al. v. City of New York, et al., 15 Civ. 9242 (RMB)(KNF)**
**SUPPLEMENTAL INFORMATION FORM**

11. If you believe your search was invasive in any other way, please describe the invasive search in detail.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

12. Please provide a description of the officer(s) who conducted the search (including your sense of the officer(s)'s age, gender, physical description, and if you know it, the officer's name).

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

13. Following the visit, did you file any complaints about the invasive search?
    a. No  ☐
    b. Yes ☐  When and to whom? _____
    _____
    _____
    _____
    _____

**For more information, call (866) 742-4955 or go to www.nycjailvisitsettlement.com**

## Grottano, et al. v. City of New York, et al., 15 Civ. 9242 (RMB)(KNF)
SUPPLEMENTAL INFORMATION FORM

### CERTIFICATION FORM

For your Supplemental Information Form to be considered, you **must** complete and mail the following certification with it:

- In consideration for the payment of this sum, I release and discharge the Defendants, and all of their respective affiliates, subsidiaries, parents, successors and predecessors, officers, directors, agents, employees, attorneys, advisors and insurers from any and all claims that arise out of me being invasively searched by a DOC employee as a visitor to a DOC facility between November 23, 2012 and October 30, 2019.

- I agree that the U.S. District Court for the Southern District of New York Court has the authority to rule on my claim for payment as part of the Settlement Class, and that the Court shall maintain jurisdiction on this matter for the purposes of enforcing the settlement and Release, and that the Court has the power to enforce the Release described above.

- By signing this form, I declare under penalty of perjury under the laws of the United States that the information provided on this form is true and correct to the best of my knowledge, belief and recollection.

Signature: _____

Your printed name: _____

Date signed: __ __/__ __/__ __ __ __

Your telephone number: (_____) __ __ __-__ __ __ __

Your email address (if you have one): _____

If your mailing address has changed within the last six months, please list your new address here:

_____

_____

_____

**The supplemental information form and required certification form can be mailed in the enclosed return envelope or any other envelope to:**

**NYC DOC Visitor Search Settlement**
**c/o RG/2 Claims Administration LLC**
**P.O. Box 59479**
**Philadelphia, PA 19102-9479**

**For more information, call (866) 742-4955 or go to www.nycjailvisitsettlement.com**

<u>Grotanno, et al. v. City of New York, et al.</u>, 15 Civ. 9242 (RMB) (KNF)
**FORMULARIO DE INFORMACIÓN ADICIONAL**

Usted ha recibido esta correspondencia dado a que presentó un formulario de reclamación por compensación monetaria como resultado de un acuerdo a raíz de una demanda legal colectiva en relación a unas inspecciones corporales invasivas que sufrieron visitantes de las cárceles del Departamento de Corrección de Nueva York *(New York City Department of Correction "DOC")* entre el 23 de noviembre de 2012 y el 30 de octubre de 2019.

Este segundo formulario intenta <u>recopilar mayor información</u> para que la validez de su reclamación pueda ser evaluada en su totalidad durante el proceso de revisión de reclamaciones autorizado por el tribunal.

**PARA RECIBIR COMPENSACIÓN MONETARIA POR ESTE ACUERDO, <u>TIENE QUE</u> RELLENAR Y ENVIAR ESTE FORMULARIO DE INFORMACIÓN ADICIONAL.**

<u>TIENE QUE</u> PRESENTAR ESTE FORMULARIO DE INFORMACIÓN ADICIONAL A MÁS TARDAR EL DAY DE MONTH DE 2020. SI EL FRANQUEO POSTAL TIENE FECHA POSTERIOR A EL DAY DE MONTH DE 2020, SE RECHAZARÁ SU RECLAMACIÓN.

IGUALMENTE, <u>TIENE QUE</u> FIRMAR LA CERTIFICACIÓN UBICADA EN LA ÚLTIMA PÁGINA DE ESTE DOCUMENTO EN EL CUAL USTED CONFIRMA QUE LA INFORMACIÓN QUE HA PROVISTO EN EL MISMO ES VERDADERA.

AMBOS FORMULARIOS PUEDEN SER ENVIADOS EN EL SOBRE ADJUNTO, O EN CUALQUIER OTRO SOBRE, A LA DIRECCIÓN SIGUIENTE:

> NYC DOC Visitor Search Settlement
> c/o RG/2 Claims Administration LLC
> P.O. Box 59479
> Philadelphia, PA 19102-9479

Algunos visitantes de la cárceles le brindaron su consentimiento al Departamento de Corrección (DOC) para someterse a un "registro a palmadas." Estos registros requerían que los funcionarios del DOC le dieran palmadas o tocaran a los visitantes al momento de la inspección. Sin embargo, en algunos casos, la inspección excedió los parámetros legales del mismo al tornarse en una inspección corporal **INVASIVA**. Esta demanda legal colectiva pretende otorgarle una compensación monetaria a las personas quienes fueron inspeccionadas de manera **INVASIVA**.

Las partes del caso judicial han acordado que el registro fue **INVASIVO** si el mismo supuso **demasiada <u>*exposición*</u>** o **demasiado <u>*contacto*</u>** con los senos, genitales o glúteos de un visitante.

Usted entregó anteriormente un formulario de reclamación porque entiende que fue inspeccionado de manera **INVASIVA**. Las siguientes preguntas pretenden proveer mayor información sobre dicha inspección para que se pueda llegar a una determinación final sobre la validez de su reclamación. Favor de contestar cada una de las siguientes preguntas y provea tanta información y detalle le sea posible recordar. Su declaración permanecerá confidencial y solo será utilizada para evaluar su solicitud de reclamación. <u>Si usted no envía esta información adicional, no recibirá una compensación monetaria proveniente de los fondos de liquidación del acuerdo.</u>

**Por favor, escriba a máquina o escriba claramente.** Igualmente, si sus contestaciones no son legibles, o son difíciles de entender o incompletas, el pago podría ser denegado.

**Para obtener mayor información, llame al (866) 742-4955 o visite www.nycjailvisitsettlement.com**

**Grotanno, et al. v. City of New York, et al., 15 Civ. 9242 (RMB) (KNF)**
**FORMULARIO DE INFORMACIÓN ADICIONAL**

### Información de identificación

1. Nombre: _____

2. Fecha de nacimiento: _____ _____, _____
   *(Escriba el nombre del mes, en lugar de su número—Ej. 1 de enero de 2020)*:

3. Género: _____

4. Número de teléfono: (_____) __ __ __-__ __ __ __

5. Dirección de correo electrónico (de tener alguno): _____

### Descripción de su inspección

Favor de contestar las siguientes preguntas *según recuerde*. Si sufrió una inspección invasiva en más de una ocasión, favor de describir la inspección de mayor gravedad.

6. Hora Y fecha aproximada de la visita durante la cual fue inspeccionado de manera invasiva:

   Hora: _____ _____, _____   Fecha: _____ a.m./p.m.

7. Nombre del recluso a quien fue a visitar: _____ _____

8. Nombre de la instalación penitenciaria que visitó: _____

9. ¿Le *tocaron* (no de modo accidental o incidental) o fueron *expuestos* (no de modo accidental o incidental) sus senos, genitales o glúteos?
   a. Sí ☐
   b. No ☐

10. Si contestó sí a la Pregunta 9, favor de explicar cómo fueron *tocados* o *expuestos* sus senos, genitales o glúteos. **_Usted tiene que proveer esta información para poder recibir una compensación monetaria por el acuerdo._**

    _____
    _____
    _____
    _____
    _____
    _____
    _____

**Para obtener mayor información, llame al (866) 742-4955 o visite www.nycjailvisitsettlement.com**
2

**Grotanno, et al. v. City of New York, et al., 15 Civ. 9242 (RMB) (KNF)**
**FORMULARIO DE INFORMACIÓN ADICIONAL**

11. Si usted entiende que la inspección que se le hizo fue invasiva de alguna otra manera que no se haya mencionado en este formulario, favor de describir dicha inspección detalladamente.

    _____
    _____
    _____
    _____
    _____
    _____
    _____

12. Favor de ofrecer una descripción del funcionario/a(s) quienes llevaron a cabo la inspección (incluya, a su juicio, la edad, sexo, descripción física y el nombre del funcionario/a (s), de saberlo).

    _____
    _____
    _____
    _____
    _____
    _____
    _____

13. Tras la visita, ¿presentó alguna denuncia por la inspección invasiva?
    a. No ☐
    b. Sí ☐   ¿Cuándo y a quién se la presentó? _____
    _____
    _____
    _____
    _____

**Para obtener mayor información, llame al (866) 742-4955 o visite www.nycjailvisitsettlement.com**

**Grotanno, et al. v. City of New York, et al., 15 Civ. 9242 (RMB) (KNF)**
**FORMULARIO DE INFORMACIÓN ADICIONAL**

**FORMULARIO DE CERTIFICACIÓN**

Para que se considere su Formulario de Información Adicional, usted **tiene que** rellenar y enviar por correo esta certificación adjunta al mismo:

- En contraprestación por el pago de esta suma, renuncio y libero a los Demandados, y a todas sus respectivas filiales, subsidiarias, progenitores, sucesores y predecesores, funcionarios, directores, agentes, empleados, abogados, asesores y aseguradoras de todas las reclamaciones que puedan surgir por haber sido objeto de una inspección invasiva por parte de un empleado del *DOC* como visitante de las instalaciones penitenciarias del *DOC* entre el 23 de noviembre de 2012 y el 30 de octubre de 2019.

- Estoy de acuerdo en que el Tribunal de Distrito de los EE.UU. Distrito Sur de Nueva York tiene la autoridad para pronunciarse sobre mi reclamación de pago como parte de la Conciliación Colectiva, y que el Tribunal mantendrá la jurisdicción sobre este asunto a los efectos de hacer cumplir el acuerdo y la Renuncia, y que el Tribunal tiene el poder de hacer cumplir la Renuncia descrita anteriormente.

- Al firmar este formulario, declaro, bajo pena de perjurio según las leyes de los Estados Unidos, que la información proporcionada en este formulario es verdadera y correcta a mi leal saber, entender y memoria.

Firma: _____

Nombre en letra de molde: _____

Fecha de hoy: _____ ____, _____
*(Escriba el nombre del mes, en lugar de su número—Ej. 1 de <u>enero</u> de 2020)*

Número de teléfono: (_____) __ __ __-__ __ __ __

Dirección de correo electrónico (si tiene alguno): _____

Si su dirección postal ha cambiado en los últimos seis meses, favor de proveerla aquí:

_____

_____

_____

**El formulario de información adicional y la certificación requerida pueden ser enviados en el sobre adjunto o en cualquier otro sobre a:**

**NYC DOC Visitor Search Settlement**
**c/o RG/2 Claims Administration LLC**
**P.O. Box 59479**
**Philadelphia, PA 19102-9479**

**Para obtener mayor información, llame al (866) 742-4955 o visite www.nycjailvisitsettlement.com**