**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M., individually and on behalf of all others similarly situated,

                         Plaintiffs,

                         - against -

THE CITY OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF CORRECTION COMMISSIONER JOSEPH PONTE, CORRECTION OFFICER YOLANDA CAPERS, CAPTAIN ERICA MAYWEATHER, CORRECTION OFFICER THOMASENA GRAHAM and JOHN and JANE DOE CORRECTION OFFICERS 1–25,

                         Defendants.
------------------------------------------------------------x

15-CV-9242 (RMB)

**ORDER**

A status teleconference will be held on Monday, October 26, 2020 at 11:30 a.m. Dial-in instructions are as follows:

    Teleconference Number: 1-877-336-1829

    Access Code: 6265989

    Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Friday, October 23, 2020 noon, to obtain the security code needed to participate.

Dated: New York, New York
         October 7, 2020

                                                      **RICHARD M. BERMAN**
                                                            U.S.D.J.