UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M., :
individually and on behalf of all others similarly :
situated, :
:
Plaintiffs, :
: 15-CV-9242 (RMB)
- against - :
: **ORDER**
:
THE CITY OF NEW YORK, THE CITY OF :
NEW YORK DEPARTMENT OF CORRECTION :
COMMISSIONER JOSEPH PONTE, :
CORRECTION OFFICER YOLANDA CAPERS, :
CAPTAIN ERICA MAYWEATHER, :
CORRECTION OFFICER THOMASENA :
GRAHAM and JOHN and JANE DOE :
CORRECTION OFFICERS 1–25, :
:
Defendants. :
-----------------------------------------------------------x

The status teleconference currently scheduled for Monday, October 26, 2020 at 11:30 a.m. will be held on Monday, November 9, 2020 at 11:30 a.m. Dial-in instructions are as follows:

Teleconference Number: 1-877-336-1829

Access Code: 6265989

Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Friday, November 6, 2020 noon, to obtain the security code needed to participate.

Dated: New York, New York
       October 21, 2020

_____
**RICHARD M. BERMAN**
**U.S.D.J.**

1