UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M., : 
individually and on behalf of all others similarly :
situated, :
                                        Plaintiffs, :
                                                    :     15-CV-9242 (RMB)
                 - against - :
                                                   :     **ORDER**
THE CITY OF NEW YORK, THE CITY OF :
NEW YORK DEPARTMENT OF CORRECTION :
COMMISSIONER JOSEPH PONTE, :
CORRECTION OFFICER YOLANDA CAPERS, :
CAPTAIN ERICA MAYWEATHER, :
CORRECTION OFFICER THOMASENA :
GRAHAM and JOHN and JANE DOE :
CORRECTION OFFICERS 1–25, :
                                        Defendants. :
------------------------------------------------------------x

      The status teleconference currently scheduled for Monday, November 9, 2020 at 11:30 a.m. will be held at 1:00 p.m. on the same date. Dial-in instructions are as follows:

      Teleconference Number: 1-877-336-1829

      Access Code: 6265989

      Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Friday, November 6, 2020 noon, to obtain the security code needed to participate.


Dated: New York, New York
        November 5, 2020

                                                             */s/ Richard M. Berman*
                                                               **RICHARD M. BERMAN**
                                                                      **U.S.D.J.**