New York Office
40 Rector Street, 5th Floor
New York, NY 10006-1738

T 212.965.2200
F 212.226.7592

*www.naacpldf.org*

Washington, D.C. Office
700 14th Street, NW, Suite 600
Washington, D.C. 20005

T 202.682.1300
F 202.682.1312



January 8, 2021

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    <u>Re:</u>    <u>*Grottano, et al. v. City of N.Y., et al.*, 15 Civ. 9242 (RMB) (KNF)</u>

Dear Judge Berman:

    We represent Plaintiffs in the above referenced case. We write to advise the Court that, subject to working out important details with the City, we agree to proceed with the follow-up information gathering process that affords class members an additional opportunity to opt-out.

    Very truly yours,

    *Raymond Audain*
    Raymond Audain