

# HARVARD LAW SCHOOL

CAMBRIDGE • MASSACHUSETTS • 02138

WILLIAM B. RUBENSTEIN　　　　　　　　　　　　　　　　　　　　　　　Areeda Hall 323
*Bruce Bromley Professor of Law*　　　　　　　　　　　　　　　　　　　　617.496.7320
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　rubenstein@law.harvard.edu

**BY ECF ONLY**

January 10, 2021

Hon. Richard M. Berman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

　　　Re:　*Grottano, et al., v. The City of New York, et al.*, Civil Action No. 1:15-cv-09242

Dear Judge Berman:

　　By letter order dated May 29, 2020, the Court approved my appointment as a mediator in the above-captioned matter, noting that I had agreed to provide eight (8) hours of *pro bono* mediation services to the parties. Throughout the succeeding seven months of 2020, I worked closely with the parties, expending dozens of hours of *pro bono* time; my law student research assistants also contributed a similar (or even greater) quantity of *pro bono* hours on the case.

　　At the January 5, 2021 status conference, I informed the Court that I am unable to continue as a mediator in the matter in 2021. This letter is meant to place on the public record the formal termination of my involvement in the case as of that date.

　　I have been honored to serve the Court in this case and hope that my efforts helped move the parties toward resolution of the issues that arose in implementing their settlement agreement.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　*/s/ William B. Rubenstein*

　　　　　　　　　　　　　　　　　　　　　　William B. Rubenstein