New York Office
40 Rector Street, 5th Floor
New York, NY 10006-1738

T 212.965.2200
F 212.226.7592

*www.naacpldf.org*



Washington, D.C. Office
700 14th Street, NW, Suite 600
Washington, D.C. 20005

T 202.682.1300
F 202.682.1312

January 22, 2021

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    <u>Re:</u>    <u>Grottano, et al. v. City of N.Y., et al.</u>, 15 Civ. 9242 (RMB) (KNF)

Dear Judge Berman:

    We represent Plaintiffs in the above referenced case. We write to advise the Court that the Parties have agreed to request binding arbitration before The Honorable James C. Francis IV (Ret.) for three hours. The Parties have agreed to 50/50 cost splitting. If Judge Francis is unavailable, the Parties agree to respectfully request binding arbitration before Your Honor. We will provide a status update to the Court on or before February 5, 2021.

    Very truly yours,

    *Raymond Audain*
    Raymond Audain