KIM [illegible]
P.O. BOX 142
PATERSON, N.J. 07544
(973) 582-8589

HONORABLE RICHARD M. BERMAN
500 PEARL STREET (ROOM 17B)
NEW YORK, NEW YORK 10007

NOVEMBER 16, 2020

Clerk to docket and file.

SO ORDERED:
Date: 1/28/2021   Richard A. Berman
Richard M. Berman, U.S.D.J.

15-cv-9242 (RMB)

DEAR HONORABLE BERMAN,

I AM WRITING THIS LETTER TO INFORM YOU OF
THE INCIDENT WHICH OCCURRED, WHILE I WAS VISIT-
ING AN INMATE AT ROCKERS ISLAND CORRECTIONAL
FACILITY IN 2018. I AM JUST GOING TO SEND YOU
A COPY OF THE ACTUAL RESPONSE I SENT TO:
RG2 CLAIMS ADMINISTRATION LLC ON JANUARY 3,
2020, AND ALSO MY SECOND CORRESPONDENCE I
SENT TO THEM ON FEBRUARY 7, 2020.
FOR THE PAST SEVERAL MONTHS, I HAVE BEEN CALL-
ING THE COURTHOUSE, AND ALSO VISITING THE COURT-
HOUSE IN PERSON AT 500 PEARL STREET N.Y, N.Y.
10007, ALL THE WAY FROM NEW JERSEY, TO INQUIRE
ABOUT THE STATUS OF THIS CASE WITH YOU. THE
ATTORNEYS THAT I THOUGHT WERE CONSTRUCTING
THIS CASE HAS NOT BEEN INFORMATIVE AT ALL,
AND HAS NOT NOTIFIED ME ABOUT ANY COURT
DATES OR NEW HEARINGS EITHER. THE ONLY ONE

THEY MADE ME AWARE OF, WAS THE ONE FOR FEBRUARY 6, 2020 AT 12:30 PM. HOWEVER, WHEN I ARRIVED AT THE COURTHOUSE THAT DAY, I LATER LEARNED THAT THE FAIRNESS HEARING WAS POSPONED. I HAVE BEEN TRYING TO FIND OUT WHEN ANOTHER COURT DATE WILL BE GIVEN EVER SINCE THEN.

RECENTLY, AFTER CALLING THE CLERK'S OFFICE THERE, AND ALSO SPEAKING WITH YOUR SECRETARY CHELSEA, I WAS TOLD THAT I COULD PARTICIPATE IN A HEARING VIA TELECONFERENCE ON NOVEMBER 9, 2020, IN WHICH I DID. THE NEXT TELECONFERENCE HEARING IS ON DECEMBER 17, 2020 AT 11:00 AM, IS WHAT I HEARD AGREED UPON AT THAT TIME.

IF YOU NEED TO CONTACT ME ABOUT ANYTHING PLEASE DO SO AT MY P.O. BOX I HAD GIVEN, OR YOU MAY ALSO CALL ME IF YOU LIKE. THANK YOU FOR YOUR TIME, CONCERN, AND CONSIDERATION IN THIS MATTER. ALSO, I WISH YOU AND YOUR FAMILY A HEALTHY AND SAFE THANKSGIVING HOLIDAY.


RESPECTFULLY YOURS,

Kim Wilson

KIM WILSON

Kim Wilson
P.O. Box 142
Paterson, N.J. 07544
(973) 582-8589

RG2 Claims Administration LLC.
P.O. Box 59479
Philadelphia, PA. 19102-9940

February 7, 2020

To whom This May Concern,

**I am writing you in regard to the fairness hearing that was postponed on February 6, 2020:**

On the morning of February 6, 2020, I, along with three other people-(two other women, and one man), awaited to enter the courtroom 17B at 500 Pearl Street, N.Y. N.Y. 10007, and after waiting well past the destinated time of 12:30 pm, we had learned that the fairness hearing which was supposed to be held was postponed. However, there was no notice posted to state when the new court date will be. I am writing to ask you to please notify me by mail at:

Kim Wilson

P.O. Box 142

Paterson, N.J. 07544

of the new court date, when it is rescheduled. Thank you for your time, concern, and consideration in this matter.

Respectfully Yours

*Kim Wilson*

Kim Wilson

*Copy*

Kim Wilson
P.O. Box 142
Paterson, New Jersey 07544
(973) 582-8589


RG2 Claims Administration LLC.
P.O. Box 59479
Philadelphia, PA. 19102-9940


January 3, 2020


To Whom Thijs May Concern,


**I am writing you in response to information I have received from you regarding an invasive search I, and other visitors, have been subjected to while at Riker's Island with intentions to visit Karl Green, who was an inmate housed at Riker's Island from January 2018 until October 2018. The incident of which you are referring to, occurred sometime around September or October 2018.**

**As always, and as usual, all visitors who enter Riker's Island must be searched by officers using their devices, and pat downs as well. Also all visitors must be searched from a police detection dog while still in the main building, before even leaving the main building to go to any other building for visitation**

At 1:00 pm, visitors are escorted to the second building, to register for visits, all visitors must take off all jewelry and belts, and any other personal property from pockets, and place these items, along with purses, bags, cigarettes, money and anything else into lockers. The only items that are carried from this building to the next building are: the key from this locker, one quarter for the next locker, and an I.D, and also anything that may be left for inmates. After doing this, the I.D. must be shown to an officer, then all visitors go through another thorough search, which requires visitors to take off shoes, and go through a digital conveyor-belt scanner with shoes and anything else that may be left for inmates inside a rectangle-shaped-plastic bin. After clearance is made from officers, then visitors can put shoes back on, and hold I.D, the key to the locker, and the things that are left for inmates, such as appropriate articles of clothing and appropriate reading materials etc.

After leaving this area, then visitors are sectioned off according to what housing units the inmates are in, and visitors wait accordingly at the appropriate sections. Visitors are requested to

(2)

fill out a slip to indicate inmate's name, state number, and housing unit the inmate is in, and this slip is then given to the officer at assigned sections, along with visitor's I.D., for that officer to give the visitors another paper, for the visitor to take to the next building for visitation.  But while still at this location, more searching is done, such as a hand wand across the visitor's hands, and also finger smudging of some kind.  After these procedures are done, the visitors sit at these assigned sections to wait for the driver to pick visitors up, and take us to the housing units of the inmates we came to see at Riker's Island Facility, this happens at around 2:00pm.

**While at the housing unit of the inmates, and before visiting with the inmates, another thorough search is done.**  First; visitors must again take shoes off, and place them in a rectangle-shaped bin along with I.D, the key to the first locker, as well as anything that may be left for inmates, and the one quarter that is needed to put the I.D. and the key to the first locker inside a locker at this location.  These items go through a conveyor-belt scanner.  The visiting paper that the officers gave from the last building, is given to the officer at this location, and this officer is supposed to give this paper back to the visitor upon us departing this location, so that the visitor can hand this paper to the officer at the gate when exiting the facility.  **However, this doesn't happen all the time.**  As one time I had experienced, I was not given this paper back.  When clearance is given by the officer, then visitors put shoes back on, and put I.D, and the key from the first locker inside a locker at this location with the one quarter, so that nothing would be on any person visiting at the visiting area except the key to this final locker.  If something was brought for inmates these items are given to officers through a revolving metal bin at a window for them to search them again, by hand, and to log them in for inmates.  Visitors also sign a sheet.  If there was something brought in that was not allowed for inmates, the officers would tell visitors that those items are not permitted, and therefore visitors would take those said items back, without inmates receiving them as property.

**After all this is done, before being permitted to visit with inmates, all visitors must undergo yet another thorough search by officers.**  This consists of taking shoes off again, and officers searching inside outer clothing, and undergarments, and socks.  Officers also check inside ears, nose, and throat, and also checking carefully of the hair as well.  After this final procedure is done, is only when visitors are permitted to visit with inmates at Riker's Island.  Visitors are called by the inmate's name to enter visiting area for visits.  Sometimes, some inmates would already be in the visiting area before visitors arrive, which is most convenient for the pleasantries of a smooth visit, but at other times, some inmates were not brought out for two hours or longer.  That means that sometimes visitors wouldn't get the chance to see inmates until 4:30pm-5:00pm.

**On this one particular day you are referring to, pertaining to having been subjected to an invasive search:  This incident occurred somewhere about September or October of 2018.**  After all the usual and thorough different methods of searches that were performed already, all of which I have mentioned previously, and after all visitors were cleared and permitted to wait in the visiting area to see the inmates that we were there to see, officers called me, along with about 4 other visitors out of the visiting area, and stated that another search needs to be performed on

(3)

us. When visitors started asking "why", officers replied with, "It needs to be done, and if any one refuses the search, the visitor will not visit with the inmate we had the intentions to see." Also, officers stated, "If anyone has something on us that we are not supposed to have, now is the time to say something." One male visitor did not wish to have another search and left. At this time, a police detecting dog was made available to sniff me, along with the remaining visitors whom agreed to have officers perform another thorough search at this housing unit's location-(A.M.K.C). This search consisted of a strip search method, and pat searching on private parts and breasts. Just to have a visit, me; and the remaining visitors complied with this.

**I did not see a justifiable reason to have been subjected to this procedure, because all visitors were thoroughly searched numerous times before reaching this point, and if there were any things that were not allowed, which may have been brought inside the facility, it should have been detected long before reaching this point of the final location for visitation to take place. Furthermore, I don't use drugs, and do not sell drugs, so I found this situation to be extremely humiliating to me!** Also, I would never consider bringing drugs or any unlawful weapon of any kind at any correctional facility, while attempting to visit an inmate!

**Another reason I felt even more humiliated is because when officers must perform a search on someone, there must be a male officer to perform the search on a male, and a female officer to perform the search on a female. The officer whom performed the strip search and pat search on my personhood-(my body), was a homosexual woman, and publicly appeared to look and personalize herself as a man-ish gay woman. A bull-dagger, or dike, is what those type of women are known as.** Because of this fact, the strip search was even more invasive because I didn't actually feel as if I was getting searched by a woman at all. But in fact, I felt that I practically got molested, or raped by a man on that day, or even had been a victim of some type of sexual harassment, so say the least.

This is my summary of what occurred on the day an invasive search was performed on me, along with some other visitors, while attempting to visit an inmate at Riker's Island. Please do not make any further contact with me at my home address, as you have done so previously. I will not be residing at this address much longer. **Please send any, and all correspondences you may have to my post office box, which I have included at the top of this summary to you.** Thank you for your time, concern, and consideration in this matter.

Respectfully Yours,

*Kim Wilson*

Kim Wilson