New York Office
40 Rector Street, 5th Floor
New York, NY  10006-1738

T 212.965.2200
F 212.226.7592

*www.naacpldf.org*

Washington, D.C. Office
700 14th Street, NW, Suite 600
Washington, D.C.  20005

T 202.682.1300
F 202.682.1312



February 5, 2021

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    *Re:*    *Grottano, et al. v. City of N.Y., et al.*, 15 Civ. 9242 (RMB) (KNF)

Dear Judge Berman:

    We represent Plaintiffs in the above referenced case.  We write to advise the Court that the Parties are scheduled to proceed with binding mediation on February 19, 2021, before The Honorable James C. Francis IV (Ret.).

        Very truly yours,

        *Raymond Audain*
        Raymond Audain