**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANA GROTTANO, et al.,

               Plaintiffs,

   -against-

CITY OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------------X

15 CV. 9242 (RMB)

**ORDER**

      The status conference previously scheduled for Monday, March 15, 2021 at 10:00 AM is hereby rescheduled to 11:30 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 9242

Dated: March 10, 2021
       New York, NY

                                    */s/ Richard M. Berman*
                              RICHARD M. BERMAN
                                  U.S.D.J.