**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M., :
individually and on behalf of all others similarly :
situated, :
    :
    :
            Plaintiffs,    :
    :   15-CV-9242 (RMB)
    - against -    :
    :   **ORDER**
    :
THE CITY OF NEW YORK, THE CITY OF    :
NEW YORK DEPARTMENT OF CORRECTION :
COMMISSIONER JOSEPH PONTE,    :
CORRECTION OFFICER YOLANDA CAPERS, :
CAPTAIN ERICA MAYWEATHER,    :
CORRECTION OFFICER THOMASENA    :
GRAHAM and JOHN and JANE DOE    :
CORRECTION OFFICERS 1–25,    :
    :
            Defendants.    :
---------------------------------------------------------------x

A status teleconference will be held on Thursday, April 8, 2021 from 8:30-9:30 a.m.

Dial-in instructions are as follows:

  Teleconference Number: 1-877-336-1829

  Access Code: 6265989

  Security Code: 9242


Dated: New York, New York
    April 7, 2021

                                                    _____
                                                    **RICHARD M. BERMAN**
                                                    **U.S.D.J.**