**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M., :
individually and on behalf of all others similarly :
situated, :
 :
                          Plaintiffs, :
 :    15-CV-9242 (RMB)
               - against - :
 :         **ORDER**
THE CITY OF NEW YORK, THE CITY OF :
NEW YORK DEPARTMENT OF CORRECTION :
COMMISSIONER JOSEPH PONTE, :
CORRECTION OFFICER YOLANDA CAPERS, :
CAPTAIN ERICA MAYWEATHER, :
CORRECTION OFFICER THOMASENA :
GRAHAM and JOHN and JANE DOE :
CORRECTION OFFICERS 1–25, :
 :
                         Defendants. :
------------------------------------------------------------------x

      The Court directs as follows:

1. The Court preliminarily approves the proposed "on consent" Supplemental Notice and Supplemental Information and Certification Form annexed hereto as **Exhibit A**, as well as the Stipulation Modifying the Class Action Settlement Agreement annexed hereto as **Exhibit B**.

2. The Supplemental Notice, and Supplemental Information and Certification Form, shall be mailed to claimants on or before **May 14, 2021**, so that claimants who qualify can finally be paid.

3. Claimants shall have 45 days to return a completed Supplemental Information and Certification Form, or to object to the settlement, or to opt out of the settlement. See Exhibit A. In other words, they must return the completed Supplemental Information and Certification Form, or object, or opt out, by **June 28, 2021**.

4. The completed Supplemental Information and Certification Form must be legible, must be dated, and must be signed, or applicants may not be able to be paid. Claimants who file the Supplemental

1

Information and Certification Form shall be afforded a reasonable opportunity to cure undated, unsigned, incomplete, or illegible forms.

5. The deadline for the Plaintiffs and Defendants to file a joint motion for final approval of the settlement is **July 26, 2021**, at **12:00 p.m.**

6. A hearing for final approval of the settlement (the "Final Approval Hearing") will be held on or about **October 28, 2021**, at **11:30 a.m.**, to consider, among other things, the fairness of the settlement. The Final Approval Hearing will be held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, before The Honorable Richard M. Berman. If there is a date change, attendees will be notified.

7. Any claimant may, but is not required to, attend the Final Approval Hearing in person or by phone (as set forth below in Paragraph 8), and/or may enter an appearance in the case through their own attorney. Any appearance by an attorney must be filed by **October 7, 2021**, as set forth in the Supplemental Notice. <u>See Exhibit A</u>.

8. A live audio broadcast of the Final Approval Hearing will be available to the claimants and to the public through the telephone dial-in information provided below. The live audio broadcast will be a one-way broadcast for listening only. This information is also to be posted by counsel for the parties on the settlement website ([www.nycjailvisitsettlement.com](www.nycjailvisitsettlement.com)) at least one day prior to the Final Approval Hearing.

        **USA Toll-Free Number:** (877) 336-1829
        **Access Code:** 6265989
        **Security Code:** 9242

Dated: New York, New York
      April 23, 2021

*Richard M. Berman*
_____
    **RICHARD M. BERMAN**
         **U.S.D.J.**