National Office
40 Rector Street, 5th Floor
New York, NY 10006

T 212.965.2200
F 212.226.7592

www.naacpldf.org

Washington, D.C. Office
700 14th Street N.W., Ste. 600
Washington, D.C. 20005

T 202.682.1300
F 202.682.1312



September 9, 2021

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     <u>Re:    Grottano, et al. v. City of N.Y., et al., No. 15 Civ. 9242 (RMB)(KNF)</u>

Dear Judge Berman:

     We are co-counsel to Plaintiffs in the above-referenced class action.  On August 13, 2021, Plaintiffs filed their motion for final approval of the proposed settlement, and the final approval hearing is scheduled to occur on or about October 28, 2021.  In the motion, Plaintiffs advised the Court that we would file our fee petition no later than 45 days before the final approval hearing, i.e., September 13, 2021.  We write to respectfully request a 7-day extension of that deadline, to September 20, 2021.  The City consents to this request.  This extension should not impact the final approval hearing date.

Application granted.

SO ORDERED:
Date: 09/09/2021
Richard M. Berman, U.S.D.J.

Sincerely,

*Raymond Audain*
Raymond Audain