UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DANA GROTTANO, N.D., A.R. and D.M.,
individually and on behalf of all others similarly
situated,

       Plaintiffs,

    - against -

THE CITY OF NEW YORK, THE CITY OF
NEW YORK DEPARTMENT OF CORRECTION
COMMISSIONER JOSEPH PONTE,
CORRECTION OFFICER YOLANDA CAPERS,
CAPTAIN ERICA MAYWEATHER,
CORRECTION OFFICER THOMASENA
GRAHAM and JOHN and JANE DOE
CORRECTION OFFICERS 1–25,

       Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/21

15-CV-9242 (RMB)

**ORDER**

  Pursuant to the Court's Order dated April 23, 2021, a hearing regarding the settlement (the "Approval Hearing") will be held on October 28, 2021, at 11:30 a.m., to consider, among other things, the fairness of the settlement. The hearing will be held in the Ceremonial Courtroom at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, before The Honorable Richard M. Berman. All attendees must wear masks and will be screened for symptoms, etc.

  Counsel for the parties and the Claims Administrator will be limited to a total of **1 hour** of presentations. Please meet and confer and divide up the time.

  A live audio broadcast of the hearing will be available to the claimants and to the public through the telephone dial-in information provided below. The live audio broadcast will be a one-way broadcast for listening only.

1

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 9242

Dated: New York, New York
       October 27, 2021

                                                  _RMB_
                                      **RICHARD M. BERMAN**
                                             **U.S.D.J.**