UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DANA GROTTANO, N.D., A.R. and D.M., individually and on behalf of all others similarly situated,

       Plaintiffs,

- against -

THE CITY OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF CORRECTION COMMISSIONER JOSEPH PONTE, CORRECTION OFFICER YOLANDA CAPERS, CAPTAIN ERICA MAYWEATHER, CORRECTION OFFICER THOMASENA GRAHAM and JOHN and JANE DOE CORRECTION OFFICERS 1–25,

       Defendants.

----------------------------------------------------------------x

15-CV-9242 (RMB)

**<u>ORDER</u>**

Following up on the October 28, 2021 fairness hearing, the Court orders and directs as follows: the Claims Administrator shall complete its final review of all claims, including **any** review together with Plaintiffs' and Defendants' counsel, by no later than Tuesday, November 23, 2021.

Dated: New York, New York
   October 30, 2021

                _____
                **RICHARD M. BERMAN**
                    **U.S.D.J.**