UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M., individually and on behalf of all others similarly situated,

                      Plaintiffs,

          - against -

THE CITY OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF CORRECTION COMMISSIONER JOSEPH PONTE, CORRECTION OFFICER YOLANDA CAPERS, CAPTAIN ERICA MAYWEATHER, CORRECTION OFFICER THOMASENA GRAHAM and JOHN and JANE DOE CORRECTION OFFICERS 1–25,

                      Defendants.
------------------------------------------------------------x

15-CV-9242 (RMB)

**ORDER**

Counsel should be fully prepared to discuss the following items at tomorrow's (9:30 am) conference:

1. The status of injunctive relief in detail; and

2. The status of the claims administration process.

Depending on the outcome of the discussion regarding the above and time permitting, counsel should also be prepared to discuss the following items:

1. The factors set forth in *City of Detroit v. Grinnell Corp.*, 495 F.2d 448 (2d Cir. 1974), *i.e.*, the "*Grinnell* factors";

2. Incentive awards for the Named Plaintiffs;

3. The composition of the settlement class;

4. The compensation of class members;

5. Attorney's fees and expenses; and

1

    6. Reimbursement of administrative costs.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9242

Dated: New York, New York
       November 22, 2021

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**