UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DANA GROTTANO, N.D., A.R. and D.M.,
individually and on behalf of all others similarly
situated,

                      Plaintiffs,

              - against -

THE CITY OF NEW YORK, THE CITY OF
NEW YORK DEPARTMENT OF CORRECTION
COMMISSIONER JOSEPH PONTE,
CORRECTION OFFICER YOLANDA CAPERS,
CAPTAIN ERICA MAYWEATHER,
CORRECTION OFFICER THOMASENA
GRAHAM and JOHN and JANE DOE
CORRECTION OFFICERS 1–25,

                      Defendants.
-------------------------------------------------------------x

15-CV-9242 (RMB)

**ORDER**

The Court requests that the parties submit a written update regarding the status of the claims review process by 3:00 p.m. **today** (December 6, 2021).

Dated: New York, New York
          December 6, 2021

                                                  _/s/ Richard M. Berman_
                                               **RICHARD M. BERMAN**
                                                         U.S.D.J.