UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DANA GROTTANO, et al.,

                Plaintiffs,

  -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------X

15 CV. 9242 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, December 7, 2021 at 11:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9242

Dated: December 7, 2021
       New York, NY

                                      RICHARD M. BERMAN
                                            U.S.D.J.