# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER △
BRENNA RABINOWITZ
RAYA F. SAKSOUK

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

Application granted.

SO ORDERED:
Date: 12/17/2021
Richard M. Berman, U.S.D.J.

December 9, 2021

**VIA ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

*Re: Grottano et al. v. City of New York, et al., 15-cv-09242-RMB-KNF*

Dear Judge Berman:

  This law firm is co-counsel for the Plaintiffs in the above-captioned matter.  I write to ask the Court for permission to file a redacted version of Plaintiffs' Letter Motion for Relief for Claimants Who Submitted Late Initial Claim Forms and its accompanying Declaration of Scott Simpson.

  I simply wish to redact three to four sentences in each document describing a personal, private tragedy suffered by one of the claimants that contributed to her delay in submitting her initial claim form.  Plaintiffs have additionally redacted prospective class members' email address, home address, and phone number in the exhibits.

  Defendants have no objection to this request.

Respectfully,

/s/ Scott Simpson

Scott Simpson

cc: All Counsel (via ECF)