UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANA GROTTANO, et al.,

              Plaintiffs,

  -against-

CITY OF NEW YORK, et al.,

              Defendants.
------------------------------------------------------------X

15 CV. 9242 (RMB)

**ORDER**

      The Court will hold a status conference in this case on Monday, January 10, 2022 at 10:30 AM.

      The proceeding is being held remotely.

      The following is the call-in information which is also being made available to members of the public and the press for access to the proceeding:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 9242

      Please be prepared to provide dates for the balance of the proceedings, including the mailing of checks to class members.

Dated: January 4, 2022
       New York, NY

                                                *Richard M. Berman*
                                                RICHARD M. BERMAN
                                                      U.S.D.J.