UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANA GROTTANO, et al.,

                Plaintiffs,

                                                      15 CV. 9242 (RMB)

   -against-

                                                      **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, February 16, 2022 at 10:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9242

Dated: February 9, 2022
       New York, NY

                                                  */s/ Richard M. Berman*

                                                    RICHARD M. BERMAN
                                                         U.S.D.J.