UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANA GROTTANO, et al.,

                Plaintiffs,

            - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

15-CV-9242 (RMB)

**ORDER**

      The parties are respectfully requested to submit a joint status report by February 15, 2022 at 4:00 p.m.

Dated: February 15, 2022
       New York, New York

                                      _____
                                      **RICHARD M. BERMAN U.S.D.J.**

1