UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANA GROTTANO, et al.,
               Plaintiffs,

  -against-

CITY OF NEW YORK, et al.,
               Defendants.
------------------------------------------------------------X

15 CV. 9242 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, February 24, 2022 at 12:30 PM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9242

Dated: February 16, 2022
       New York, NY

                                                  RICHARD M. BERMAN
                                                      U.S.D.J.