# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ᐃ
BRENNA RABINOWITZ
RAYA F. SAKSOUK

ᐃ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

February 18, 2022

**VIA ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

*Re: Grottano et al. v. City of New York, et al.,* 15-cv-09242-RMB-KNF

Dear Judge Berman:

    We are co-counsel to Plaintiffs in the above referenced case. I write on behalf of all parties.

    There are 10,483 payable claims in this settlement. The claims administrator reported to us tonight that 9,928 checks (approximately 95% of all the settlement checks) were mailed out this week. The remaining 555 payable claims were withheld due to administrative issues as discussed at the February 16th conference and pending the resolution of Plaintiff's motion on behalf of a small number of minor claimants. We look forward to a productive conference on Thursday.

Respectfully yours,

/s/ Scott Simpson

Scott Simpson

cc: All Counsel (via ECF)