**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANA GROTTANO, et al.,

                Plaintiffs,

   -against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

15 CV. 9242 (RMB)

**ORDER**

      The proceeding scheduled for Wednesday, March 9, 2022 at 11:00 AM will take place in Courtroom 17B.

Dated: March 2, 2022
       New York, NY

                                                RICHARD M. BERMAN
                                                   U.S.D.J.