UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANA GROTTANO, et al.,
              Plaintiffs,

   -against-

CITY OF NEW YORK, et al.,
              Defendants.
------------------------------------------------------------X

15 CV. 9242 (RMB)

**<u>AMENDED ORDER</u>**

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, March 9, 2022 at 11:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9242

Dated: March 3, 2022
       New York, NY

_____
     RICHARD M. BERMAN
            U.S.D.J.