# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

Application granted. The hearing on March 9, 2022 at 11 a.m. will be conducted telephonically. Counsel are required to inform all interested parties.

SO ORDERED:
Date: 3/3/2022
Richard M. Berman, U.S.D.J.

March 2, 2022

**BY ECF**
Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Grottano, et al. v. City of New York, et al.</u>, 15-CV-9242 (RMB) (KNF)

Your Honor:

    This firm is co-counsel for Plaintiffs and Class Members in the above-captioned case. As ordered by the Court on February 24, 2022, Plaintiffs' counsel has contacted the parents and/or guardians of minor and incapacitated class members and informed them of the hearing scheduled for March 9, 2022. *See* ECF No. 420. All six of the parents I spoke to on the phone expressed some interest in attending the hearing, but only if permitted to do so remotely. *See* Exhibit 1, Saksouk Decl. ¶ 4. Accordingly, Plaintiffs respectfully request that the Court allow participation in the March 9, 2022 hearing by phone.

    We thank the Court for its consideration of this request.

                                                     Respectfully submitted,

                                                     *s/ Raya F. Saksouk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANA GROTTANO, et al.,

                            Plaintiffs,                    Case No. 15-cv-9242

   -against-

CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------x

## DECLARATION OF RAYA F. SAKSOUK

I, Raya F. Saksouk, an attorney at law duly admitted to practice before this Court, hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate of the law firm Menken Simpson & Rozger LLP and am fully familiar with the facts set forth herein.

2. On February 24, 2022, the Court ordered a hearing on the subject of Plaintiffs' letter-motion to compel the distribution of settlement funds to parents and/or guardians of minor and incapacitated class members. *See* ECF No. 420.

3. The Court's order read, in pertinent part, "The Court is inclined to approve the motion dated February 16, 2022 on consent. However, because minors are involved, the Court will schedule a hearing at 500 Pearl Street, Courtroom 17B on March 9, 2022 at 11 a.m. Counsel are required to inform all interested parties." *Id.*

4. On February 28, 2022, I spoke on the phone with the parents of class members S.T., S.S., C.R., A.S., C.B., L.M.B., and Justin Feliciano and informed them of the Court-scheduled hearing. I then followed up with them via email and regular first-class mail, on

1

February 28 and March 1, 2022, respectively, with the date, time, and address of the hearing. All six parents expressed interest in attending the hearing via remote technology, if available.

5. Unable to reach the parents and/or guardians of class members M.G. and Peyton Simily due to seemingly disconnected phone lines, my office forwarded each the date, time, and location of the hearing by certified mail on February 28, 2022.

Dated: March 2, 2022
New York, New York

Respectfully submitted,

*s/ Raya F. Saksouk*

2