UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANA GROTTANO, et al.,

                Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

15 CV. 9242 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, April 6, 2022 at 10:15 AM will be held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9242

Dated: March 30, 2022
       New York, NY

*Richard M. Berman*
_____
      RICHARD M. BERMAN
            U.S.D.J.