UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DANA GROTTANO, et al.,  :
          Plaintiffs,  :
    :      15 CV 9242 (RMB)
- against -  :
    :      **ORDER**
    :
CITY OF NEW YORK, et al.,  :
          Defendants.  :
------------------------------------------------------------- x

    On July 15, 2022, the Court issued a Decision & Order resolving Plaintiffs' Motion for Attorneys' Fees and Expenses. *See Grottano v. City of New York*, 2022 WL 2763815 (S.D.N.Y. July 15, 2022). Among other things, the Decision & Order awarded Class Counsel $10,574.94 in expenses, and also stated that "[t]he Court will authorize an additional $998.88 for 'Printing Notice for DOC Facilities' subject to Class Counsel providing the Court with additional documentation supporting that expense on or before August 15, 2022." *Id.* at *9.

    On August 15, 2022, Class Counsel submitted a supplemental declaration attaching a "February 2020 credit card bill showing the charges [ ] incurred for printing the notice for the DOC facilities." Supp. Decl. of Oren Giskan dated Aug. 15, 2022, ECF No. 447. The supplemental declaration states that Defendants "do[] not oppose the Court awarding the reimbursement." *Id.* at 2.

    The Court hereby authorizes an additional $998.88 for printing expenses which Defendants (on consent) agree to pay to Class Counsel forthwith.

Dated: New York, New York
August 17, 2022

                                                                            **RICHARD M. BERMAN, U.S.D.J.**