UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
DANA GROTTANO, et al.,                             :
           Plaintiffs,                            :         15 CV 9242 (RMB)
                                                   :
- against -                                        :         **ORDER**
                                                   :
CITY OF NEW YORK, et al.,                          :
           Defendants.                            :
------------------------------------------------------------ x

      The parties are directed to file a joint letter regarding the status of class member settlement checks and injunctive relief by Friday, October 7, 2022 at 12 p.m.

Dated: New York, New York

       October 4, 2022

                                               **RICHARD M. BERMAN, U.S.D.J.**