UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
DANA GROTTANO, et al.,  :
          Plaintiffs,  :
                                                                              15 CV 9242 (RMB)
:
- against -  :
                                                                             **ORDER**
:
CITY OF NEW YORK, et al.,  :
          Defendants.  :
------------------------------------------------------------ x

The parties are directed to file a final joint letter regarding the final status of class member settlement checks and injunctive relief by Monday, March 13, 2023.

Dated: New York, New York

      March 6, 2023

_____
**RICHARD M. BERMAN, U.S.D.J.**