UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANA GROTTANO, et al.,                          :
                                                :
                         Plaintiffs,            :     15 CV. 9242 (RMB)
                                                :
            - against -                         :     **ORDER**
                                                :
CITY OF NEW YORK, et al.,                       :
                         Defendant(s).          :
-----------------------------------------------------------------x

The status conference is scheduled for Tuesday, March 21, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 624 106 265#

Dated: March 7, 2023
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**