UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANA GROTTANO, ET AL.,                          :
                                                :
                         Plaintiff(s).   :        15 CV. 9242 (RMB)
                                                :
         - against -                           :        **ORDER**
                                                :
CITY OF NEW YORK, ET AL.,                       :
                                                :
                       Defendant(s).   :
-----------------------------------------------------------------x

The status conference is scheduled for Wednesday, September 6, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 441 819 749#

Dated: August 30, 2023
       New York, NY

                                                  *Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                **U.S.D.J.**